UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand and thirteen,

_____

George Heath,

    Plaintiff - Appellant,

    v.

Justices of Supreme Court, New York County, Justices of Appellate Division ( 1 Dept.), Justices of N.Y. State Court of Appeals, Justices of United States District Court (E.D.N.Y.), Justices of U.S. Court of Appeals (2d Cir.),

    Defendants - Appellees.

**ORDER**
Docket No: 13-2133

_____

APPELLEE, Justices of United States District Court (E.D.N.Y.), Justices of U.S. Court of Appeals (2d Cir.) has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 8, 2013 as the brief filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

